UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:22-cv-01024-K |
| | § | |
| JOHN DOE, subscriber assigned IP address 75.81.70.118, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF ATTORNEY ADDRESS

PLEASE TAKE NOTICE of the following change of attorney address for Paul S. Beik, Beik Law Firm, PLLC, counsel for Plaintiff Strike 3 Holdings, LLC in the above-captioned action, as follows:

> Paul S. Beik
> Beik Law Firm, PLLC
> 917 Franklin Street, Suite 220
> Houston, Texas  77002
> Tel: (713) 869-6975
> Fax: (713) 583-9169
> paul@beiklaw.com

Dated:  June 20, 2022                    Respectfully submitted,


                                         By:  */s/ Paul S. Beik*
                                         PAUL S. BEIK
                                         Texas Bar No. 24054444
                                         BEIK LAW FIRM, PLLC
                                         917 Franklin Street, Suite 220
                                         Houston, TX 77002
                                         T: 713-869-6975
                                         F: 713-583-9169
                                         E-mail: paul@beiklaw.com
                                         **ATTORNEY FOR PLAINTIFF**
                                         **STRIKE 3 HOLDINGS, LLC**